**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TYLER JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00408-SNLJ |
| ) | |
| MATTHEW CROWELL, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On August 4, 2020, the Court ordered plaintiff Tyler Johnson to submit an inmate account statement so that the Court could assess an initial partial filing fee pursuant to 28 U.S.C. § 1915. (Docket No. 3). The account statement was due on September 4, 2020. Plaintiff was advised that his failure to comply would result in the dismissal of this action without prejudice and without further notice.

The Court did not receive plaintiff's inmate account statement. Instead, on August 17, 2020, mail sent to plaintiff was returned as undeliverable. (Docket No. 4). A forwarding address was not provided, so the mail was not resent.

Local Rule 2.06(B) requires every self-represented party to promptly notify the Clerk of Court of any change in address. The rule further provides that "[i]f any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." E.D. Mo. L.R. 2.06(B).

Here, more than thirty days have elapsed since plaintiff's mail was returned to the Court. Plaintiff has not provided his new address, or submitted anything further to the Court. As such, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* E.D. Mo. L.R. 2.06(B). A separate order of dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that an appeal from this dismissal would not be taken in good faith.

Dated this 17th day of Sept., 2020.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE